UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN E. SHAVERS** **APPELLANT**

**V.** **CIVIL ACTION NO. 1:04CV775 LTS-JMR**

**DWAYNE M. MURRAY, TRUSTEE** **APPELLEE**

## ORDER OF DISMISSAL

    This appeal from the Bankruptcy Court was filed on June 9, 2004. Appellant John E. Shavers (Shavers)has filed neither a statement of issues nor a brief in support of his appeal within the time permitted by the rules applicable to appeals of the decisions of the bankruptcy court.. Appellee Dwayne M. Murray has filed a motion to dismiss for Shaver's failure to prosecute his appeal. This motion will be granted.

    Accordingly, it is

**ORDERED**

That this appeal is hereby **DISMISSED** for failure of the appellant to prosecute.

**SO ORDERED** this 31st day of January, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge